UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.

JEFFERY C. BARKSDALE,
JULIANNE BARKSDALE NEWLAND,
NANCY REIMER MILNER, and
JOHNER R. ROESSLER,

    Defendants.
_____/

Case No. 1:12-cv-703

HONORABLE PAUL L. MALONEY

## ORDER OF DISMISSAL

Notice of Intent to Dismiss for failure to provide documents effectuating settlement having been sent to counsel on January 16, 2013 and no response having been received from either party;

IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice as to all defendants.

Dated: February 6, 2013

    /s/  Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge