UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.

    Case No. 1:12-cv-703

    HONORABLE PAUL L. MALONEY

JEFFERY C. BARKSDALE,
JULIANNE BARKSDALE NEWLAND,
NANCY REIMER MILNER, and
JOHNER R. ROESSLER,

    Defendants.
_____/

## ORDER OF DISMISSAL

Notice of Intent to Dismiss for failure to provide documents effectuating settlement having been sent to counsel on January 16, 2013 and no response having been received from either party;

IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice as to all defendants.

Dated: February 6, 2013             /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge